TOMIO B. NARITA (SBN 156576)
Tomio.Narita@wbd-us.com
NATHAN A. SEARLES (SBN 234315)
Nathan.Searles@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530

Attorneys for Defendant
Comenity Capital Bank

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAVIER ROCHA,<br><br>Plaintiff,<br>v.<br><br>COMENITY CAPITAL BANK; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:26-cv-02575-AC<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO PROCEED IN ARBITRATION**<br><br>Complaint Filed: July 24, 2026 |

Having reviewed the Parties' Joint Stipulation to Proceed in Arbitration, and good cause appearing, the Court hereby GRANTS the Stipulation.

IT IS HEREBY ORDERED that the Parties shall proceed to arbitration of Plaintiff's claims asserted in the Complaint before a mutually agreeable arbitration provider, in accordance with the parties' Arbitration Agreement and the applicable rules of the selected arbitration provider.

IT IS FURTHER ORDERED that all proceedings in this action are STAYED pending completion of arbitration pursuant to 9 U.S.C. § 3.

IT IS FURTHER ORDERED that all presently scheduled hearings and deadlines are VACATED, except for any arbitration status conference or related status-reporting deadline the Court may set.

The Parties shall file a joint status report within fourteen (14) days after completion of arbitration, or as otherwise ordered by the Court.

IT IS SO ORDERED.

DATED: July 30, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE